THE MILITARY COMMISSIONS CASES.

THESE cases, *Ex parte Milligan, &c.*, were disposed of, as is known, on the last day of this term: but the delivery of opinions was necessarily deferred till the next session. On this account, a report, too, is carried over.